THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MICHAEL BARNEY et al.,<br><br>Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:26-CV-33-AMA<br><br>District Judge Ann Marie McIff Allen |

In this prisoner civil action, on June 4, 2026, the Court ordered "that Plaintiff has thirty days in which to SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to ensure payment of" his initial partial filing fee of $2.30. Dkt. No. 6. Plaintiff has still not paid the initial partial filing fee and was last directly[1] heard from on March 31, 2026, the day he filed this action--more than three months ago. Dkt. No. 1.

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to follow the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 9th day of July 2026.

BY THE COURT:

ANN MARIE MCIFF ALLEN
United States District Judge

---

[1]The financial certificate received on April 27, 2026 was sent by Utah Department of Corrections' inmate-account office. Dkt. No. 5.